IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-mj-63-B |
| | ) | |
| TERESO RODRIGUEZ-LOPEZ | ) | |

GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1. Eligibility of Cases

    This case is eligible for a detention order because this case involves:

    _____    Crime of violence (18 U.S.C. 3156)

    _____    Maximum sentence of life imprisonment or death

    _____    10 + year drug offense

    _____    Felony, with two prior convictions in the above categories

    __X___    Serious risk the defendant will flee/not appear

    _____    Serious risk of obstruction of justice (i.e., risk of Witness intimidation)

2. <u>Reason For Detention</u>

The Court should detain defendant because there are no conditions of release which will reasonably assure:

__X___     Defendant's appearance as required

_____     Safety of any other person and the community

3. <u>Rebuttable Presumption</u>

The United States invokes the rebuttable presumption against defendant under Section 3142(e).

4. <u>Time For Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

_____     At the initial appearance

__X___     After continuance of 3 days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 26th day of April, 2005.

LEURA GARRETT CANARY
United States Attorney

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
1 Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: verne.speirs@usdoj.gov