# COURTROOM DEPUTY'S MINUTES
# MIDDLE DISTRICT OF ALABAMA

- ☑ **INITIAL APPEARANCE**
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ PRELIMINARY (EXAMINATION) (HEARING)
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT

DATE: 4-26-2005

Digital Recording 3:15 to 3:41 pm

PRESIDING MAG. JUDGE: DRB    DEPUTY CLERK: sql
CASE NO.: 2:05mj63-B    DEFT. NAME: Tereso RODRIGUEZ-LOPEZ
AUSA: Speirs    DEFT. ATTY: Kevin Butler
Type Counsel: ( )Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
PTSO: Thweatt    COURT REPORTER: Mitchell Reisner    Appt

Defendant ✓ does ___ does NOT need an interpreter
Interpreter present ___ NO ✓ YES    Name: Beverly Childress

---

- ☑ Date of Arrest 4-21-05 or ☐ Arrest Rule 40
- ☑ Deft. First Appearance. Advised of rights/charges. ☐Prob/Sup Rel Violator
- ☑ Deft. First Appearance with Counsel
- ☐ Deft. First Appearance without Counsel
- ☑ Requests appointed Counsel
- ☑ Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ ORDER appointing Community Defender Organization
- ☐ Panel Attorney Appointed; ☐to be appointed - prepare voucher
- ☐ Deft. Advises he will retain counsel. Has retained _____
- ☐ Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
- ☐ Government's WRITTEN motion for Detention Hearing filed
- ☑ Detention Hearing ☐held; ☑ set for 5-10-05 at 10:30 am
- ☑ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ ORDER OF DETENTION PENDING TRIAL entered
- ☐ Release order entered. Deft advised of conditions of release
- ☐ BOND EXECUTED (M/D AL charges) $ _____. Deft released
- ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☑ Bond not executed. Deft to remain in Marshal's custody
- ☐ Deft. ORDERED REMOVED to originating district
- ☐ Waiver of ☐preliminary hearing; ☐ Waiver of Rule 40 Hearing
- ☐ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- ☐ ARRAIGNMENT ☐ HELD. Plea of NOT GUILTY entered. ☐Set for _____
   DISCOVERY DISCLOSURE DATE: _____
- ☐ NOTICE to retained Criminal Defense Attorney handed to counsel
- ☐ Identity/Removal Hearing set for _____
- ☐ Waiver of Speedy Trial Act Rights executed