AO 470 (Order of Temporary Detention)

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **ORDER OF TEMPORARY DETENTION** |
| | ) | **PENDING HEARING PURSUANT TO** |
| | ) | **BAIL REFORM ACT** |
| v. | ) | |
| | ) | |
| TERESO RODRIGUEZ-LOPEZ | ) | CR NO. 2:05-MJ-63-B |

## ORDER

Upon the motion of the United States for a detention hearing and upon the oral request of the defendant for a preliminary hearing as well as the defendant's waiver – with advice of duly appointed counsel – of a speedy hearing*,   it is **ORDERED** that a detention and preliminary hearing are set for **May 10, 2005, at 10:30 a.m.** in The Frank M. Johnson, Jr. Federal Building and United States Courthouse, Montgomery, Alabama, in the Fourth Floor Courtroom of the undersigned United States Magistrate Judge. ***Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.***

Done this 27th day of April, 2005.


**/s/ Delores R. Boyd**
DELORES R.  BOYD
UNITED STATES MAGISTRATE JUDGE

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon the motion of the Government, or up to five days upon motion of the defendant.  18 U.S.C.§3142(f)(2). A hearing is required whenever the conditions set forth in 18 U.S.C.§3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.