IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO.: 2:05-MJ-63-B |
| | ) | |
| **TERESO RODRIGUEZ-LOPEZ** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Christine A. Freeman, and enters her appearance as counsel for **TERESO RODRIGUEZ-LOPEZ** in the above-styled matter.

Dated this 4th day of May 2005.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Verne H. Speirs, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

        s/Christine A. Freeman
        **CHRISTINE A. FREEMAN**
        **TN BAR NO.: 11892**
        Attorney for Defendant
        Federal Defenders
        Middle District of Alabama
        201 Monroe Street , Suite 407
        Montgomery, AL 36104
        TEL:  (334) 834-2099
        FAX:  (334) 834-0353
        E-Mail: Christine_Freeman@fd.org