# COURTROOM DEPUTY'S MINUTES
# MIDDLE DISTRICT OF ALABAMA

☐ INITIAL APPEARANCE
☐ BOND HEARING
☑ DETENTION HEARING
☑ PRELIMINARY (EXAMINATION) (HEARING)
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

DATE: 5/16/2005

Digital Recording 10:33 am to 12:17 pm

REPORTER: Mitchell Reisner

PRESIDING MAG. JUDGE: DRB          DEPUTY CLERK: sql
CASE NO.: 2:05mj63-B               DEFT. NAME: Tereso RODRIGUEZ-LOPEZ
AUSA: Hardwick                     DEFT. ATTY: Kevin Butler
                                   Type Counsel: ( )Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
PTSO: Thweatt
USPO: _____

Defendant ✓ does _____ does NOT need an interpreter
Interpreter present _____ NO ✓ YES   Name: Beverly Childress

---

☐ Date of Arrest _____ or ☐ Arrest Rule 40
☐ Deft. First Appearance. Advised of rights/charges. ☐Prob/Sup Rel Violator
☐ Deft. First Appearance with Counsel
☐ Deft. First Appearance without Counsel
☐ Requests appointed Counsel
☐ Financial Affidavit executed ☐ to be obtained by PTSO
☐ ORDER appointing Community Defender Organization
☐ Panel Attorney Appointed; ☐to be appointed - prepare voucher
☐ Deft. Advises he will retain counsel. Has retained _____
☐ ☐Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
     ☐ Government's WRITTEN motion for Detention Hearing filed
☑ Detention Hearing ☑held; ☐ set for _____ at _____
☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☑ ORDER OF DETENTION PENDING TRIAL entered
☐ Release order entered. Deft advised of conditions of release
☐ BOND EXECUTED (M/D AL charges) $_____. Deft released
☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
☑ Bond not executed. Deft to remain in Marshal's custody
☐ Deft. ORDERED REMOVED to originating district
☐ Waiver of ☐preliminary hearing; ☐ Waiver of Rule 40 Hearing
☑ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury
☐ ARRAIGNMENT ☐ HELD. Plea of NOT GUILTY entered. ☐Set for _____
     DISCOVERY DISCLOSURE DATE: _____
☐ NOTICE to retained Criminal Defense Attorney handed to counsel
☐ Identity/Removal Hearing set for _____
☐ Waiver of Speedy Trial Act Rights executed

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA, __NORTHERN__ DIVISION

UNITED STATES OF AMERICA          *
                                  *
vs.                               *       CR. NO. 2:05mj63-B
                                  *
TERESO RODRIGUEZ-LOPEZ            *
                                  *

## WITNESS LIST

**GOVERNMENT**                    **DEFENDANT**

Joe Herman                        1. Jessie Peoples
                                  2. Mermalcada Rodriguez
                                  3. Ron Thweatt
                                  4.
                                  5.
                                  6.
                                  7.
                                  8.
                                  9.
                                  10.
                                  11.
                                  12.
                                  13.
                                  14.
                                  15.
                                  16.
                                  17.