**FILED**
MAY 25 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. __2:05CR129-A__ |
| | ) | [21 USC § 841(a)(1)] |
| TERESO RODRIGUEZ-LOPEZ | ) | |
| | ) | INDICTMENT |

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about the 19th day of April, 2005, in Montgomery County, in the Middle District of Alabama, the defendant,

TERESO RODRIGUEZ-LOPEZ,

did knowingly and intentionally possess with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
Tommie Brown Hardwick
Assistant United States Attorney