IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA              )
                                      )
        v.                            )        Cr. No. 2:05cr129-A
                                      )
TERESO RODRIGUEZ-LOPEZ                )

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:    United States Marshal and his Deputies:

       **ARRAIGNMENT** is hereby set for <u>8 June 2005</u> in the above-styled case.

       You are DIRECTED to produce the following named prisoner: <u>TERESO RODRIGUEZ-</u>

<u>LOPEZ</u> before the United States District Court at 4A Courtroom, on the <u>8th</u> day of June, 2005, at

10:00 a.m.

       DONE, this the <u>27th</u> day of May, 2005.


                                              DELORES R. BOYD
                                              UNITED STATES MAGISTRATE JUDGE


                                      By: _____
                                                    Deputy Clerk


cc:    Tereso Rodriguez-Lopez
       Kevin Butler
       United States Attorney
       United States Pretrial Services
       United States Probation Office