**COURTROOM DEPUTY'S MINUTES**  
**MIDDLE DISTRICT OF ALABAMA**

DATE: 6/8/2005 @ _____ to _____  
COURT REPORTER: _____  
TAPE NO: _____ @ 10:15 to 10:24 am

[✓] **ARRAIGNMENT**   [ ] CHANGE OF PLEA   [ ] CONSENT PLEA  
[ ] RULE 44(c) HEARING   [ ] SENTENCING

PRESIDING MAG. JUDGE: _Delores R. Boyd_    DEPUTY CLERK: _S. Q. Long, Jr._  
CASE NUMBER: 2:05CR129-A    DEFENDANT NAME: Tereso RODRIGUEZ-LOPEZ  
USA: ~~Hardwick~~ Redmond    DEFENDANT ATTY: Freeman/Butler  
TSO: _____    Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; (✓) CDO  
( ) appointed at arraignment; ( ) standing in for: _____  
SPO: _____  
Defendant  ✓  does _____ does NOT need an interpreter.  
Interpreter present? _____ NO  ✓  YES  Name: Beverly Childress  
I.O.C. DATE _____ ; PRETRIAL CONF. DATE: _____  
DISCOVERY DISCLOSURE DATE: 6-14-05

---

| This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)  
| WAIVER OF INDICTMENT executed and filed.  
| INFORMATION filed.  
| Juvenile Information filed w/Certificate that State Court refuses jurisdiction.  

    PLEA: [✓] Not Guilty      [ ] Nol Contendere  
    [ ] Not Guilty by reason of insanity  
    [ ] Guilty as to:  
        [ ] Count(s) _____  
        [ ] Count(s) _____  
            [ ] dismissed on oral motion of USA;  
            [ ] to be dismissed at sentencing  

| Written plea agreement filed. [ ] ORDERED SEALED.  
| _____ Days to file pretrial motions.  
| _____ Trial date or term.  

ORDER: Defendant continued under [ ] same bond; [ ] summons; for:  
    [ ] Trial on _____ ; [ ] Sentencing on _____  
[✓] ORDER: Defendant remanded to custody of U. S. Marshal for:  
    [ ] Posting a $ _____ bond;  
    [✓] Trial on _____ ; or [ ] Sentencing on _____  
Rule 44 Hearing: [ ] Waiver of Conflict of Interest Form executed.  
    [ ] Defendant requests time to secure new counsel.