IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO.: 2:05-cr129-A |
| | ) | |
| TERESO RODRIGUEZ-LOPEZ | ) | |

**MOTION FOR EXTENSION
OF TIME TO FILE PRETRIAL MOTIONS**

COMES NOW the Defendant, Tereso Rodriguez-Lopez, by and through undersigned counsel, Kevin L. Butler, and requests an extension of time to file pretrial motions. In support of this motion undersigned counsel states:

1. Mr. Rodriguez-Lopez is charged with distribution of a controlled substance.

2. Within the last two weeks, undersigned counsel has had fourteen (14) new cases reassigned to him as a result of the departure of one of the trial attorneys, Joseph P. Van Heest.

3. For this reason, it is in the interest of justice to allow undersigned counsel additional time to review discovery and prepare pretrial motions. Undersigned would ask that deadline be extended until Wednesday, July 6, 2005.

WHEREFORE, the defendant prays that he be allowed until Wednesday, July 6, 2005, to file pretrial motions in this matter.

Respectfully submitted,
s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO.: 2:05-cr129-A |
| | ) | |
| **TERESO RODRIGUEZ-LOPEZ** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                      Respectfully submitted,

                      s/ Kevin L. Butler
                      KEVIN L. BUTLER
                      First Assistant Federal Defender
                      201 Monroe Street, Suite 407
                      Montgomery, Alabama 36104
                      Phone: (334) 834-2099
                      Fax: (334) 834-0353
                      E-mail: kevin_butler@fd.org
                      AZ Bar Code: 014138