IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HON. MAG. JUDGE: Delores R. Boyd     AT: Montgomery, AL

DATE COMMENCED: 07/06/2005     AT: 11:34 am

DATE COMPLETED: 07/06/2005     AT: 12:20 pm

UNITED STATES OF AMERICA )
vs )
TERESO RODRIGUEZ-LOPEZ )     2:05cr129-A

### APPEARANCES

**GOVERNMENT**
Tommie Hardwick

**DEFENDANT**
Kevin Butler

### COURT OFFICIALS PRESENT

S. Q. Long, Jr., Clerk

### PROCEEDINGS

( ) Non-Jury Trial
(X) Other Proceedings     PRE-TRIAL CONFERENCE

11:34 am: Convenes.

Suppression Motion Pending.

12:20 pm: Recessed.