IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:05-cr-129-A |
| ) | |
| TERESO RODRIGUEZ-LOPEZ ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

**COMES NOW** the Defendant, Tereso Rodriguez-Lopez, by and through undersigned counsel, Kevin L. Butler, and pursuant to 18 U.S.C. §§ 3161(h)(1)(f), 3161(h)(8)(B)(i) and 3161(h)(8)(B)(ii), and respectfully moves this Court to continue the trial of this matter past the currently scheduled August 29, 2005 trial term. In support of this Motion, Defendant would show the following:

1. Mr. Rodriguez-Lopez filed a Motion to Suppress in this case on Tuesday, July 5, 2005. Mr. Rodriguez-Lopez's motion is challenging the search and seizure of his vehicle on multiple grounds.

2. This requested continuance is sought to allow careful and thorough consideration by this Court for the acquisition of materials prior to a trial in this matter.

3. Resolution of all matters related to the Motion to Suppress will not be completed before the presently scheduled trial date of August 29, 2005. Therefore, it is in the interest of justice to continue this case.

4. Mr. Rodriguez-Lopez has no objection to the requested continuance, and a waiver of speedy trial is attached to this motion.

5. The United States, through Assistant United States Attorney, Tommie Hardwick, has no opposition to this requested continuance.

6. Requests for a continuance are addressed to the sound discretion of the trial court. United States v. Darby, 744 F.2d 1508, 1521 (11th Cir. 1984), reh. denied 749 F.2d 733, cert. denied 471 U.S. 1100 (1985). Additionally, pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161 (h)(8)(B)(i) and 3161(h)(8)(B)(ii) of the Speedy Trial Act, if it is in the interest of justice, this Court has the authority to continue trial pending pretrial motions.

WHEREFORE Mr. Rodriguez-Lopez respectfully requests that this Motion be granted and the trial in this matter be continued from the August 29, 2005 trial docket.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:05-cr-129-A |
| | ) | |
| **TERESO RODRIGUEZ LOPEZ** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138