IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO.: 2:05-cr129-A |
| | ) | |
| TERESO RODRIGUEZ-LOPEZ | ) | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned Defendant, Tereso Rodriguez-Lopez, after being first advised of his right to a speedy trial as guaranteed him by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives his right to a speedy trial as to the August 29, 2005, trial term.

X _/s/ Tereso R.L._____
TERESO RODRIGUEZ-LOPEZ