IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:05-CR-129-A |
| ) | |
| TERESO RODRIGUEZ-LOPEZ ) | |

**ORDER ON MOTION**

For good cause, it is

**ORDERED** that Defendant's *Motion for Extension of Time to File Pretrial Motions* (Doc. 22, June 30, 2005) is **GRANTED** only to the extent that motions filed by July 5, 2005 are hereby allowed.

Done this 7th day of July, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE