## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:05-cr-129-A** |
| | ) | |
| **TERESO RODRIGUEZ LOPEZ** | ) | |

## STATUS MEMORANDUM

**COMES NOW** the Defendant, Tereso Rodriguez-Lopez, by and through undersigned

counsel, Kevin L. Butler, and states the following:

1.      On July 6, 2005, the status conference in this case was conducted.

2.      At that time the Court set a briefing schedule.  All parties were satisfied with the

schedule and intend to comply with its requirements.

3.      In order comply with briefing schedule, on July 7, 2005, undersigned counsel

contacted counsel for the Alabama Department of Transportation, Haran Lowe.

4.      The conversation was pleasant and cordial.  However, Mr. Lowe informed

undersigned counsel that pursuant to the Attorney General's policy, a motion to quash the

subpoena for the records of State Trooper Jesse Peoples would be filed as a matter of

departmental policy and there is nothing he could do.

5.      I informed Mr. Lowe the District Court may not look favorably on motion to

quash in light of the that the District Court ordered the same information produced in USA v.

Juan Leal.  Mr. Lowe informed counsel his hands were tied and he had to follow departmental

policy.[1]

   6.  This pleading is provided to the Court so as to assist it in its scheduling of matters

related to the suppression hearing presently set for September 9, 2005.


         Respectfully submitted,


         s/ Kevin L. Butler
         KEVIN L. BUTLER
         First Assistant Federal Defender
         201 Monroe Street, Suite 407
         Montgomery, Alabama 36104
         Phone: (334) 834-2099
         Fax: (334) 834-0353
         E-mail: kevin_butler@fd.org
         AZ Bar Code: 014138

---

[1] Mr. Lowe also informed undersigned counsel that if the Motion to Quash is denied, pursuant to departmental policy and state law, most, if not all, identifying data will be removed from the produced documents. I raise this issue now because it may frustrate attempts to conduct statistical analysis.

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **Case No.: 2:05-cr-129-A** |
| | **)** | |
| **TERESO RODRIGUEZ LOPEZ** | **)** | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2005, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138