IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                     ) | Case No.: 2:05-CR-129-A |
| ) | |
| TERESO RODRIGUEZ-LOPEZ ) | |

## ORDER

Based upon relevant representations of counsel at the July 6, 2005 pretrial conference, it is **ORDERED** that Defendant's *Motion to Suppress Stop, Searches and Seizures* (Doc. 23, July 5, 2005) is **set for an evidentiary hearing at 9:30 a.m., on September 9, 2005,** before the undersigned Judge in District Courtroom 4A:

**It is further ORDERED** that:

1. The United States may file a response to the *Motion* by August 19, 2005.

2. Defendant shall supplement his *Motion* by August 22, 2005, with any expert reports, statistical reports, or documentary exhibits to be offered as support for his claim of racial profiling.

3. The United States shall disclose by September 1, 2005, any expert reports in opposition to the defendant's expert reports.

4. Defendant shall file his post-hearing brief by September 20, 2005, and the United States' post-hearing brief shall be filed by September 30, 2005.

In order to facilitate the scheduling deadlines which are designed to accommodate the Magistrate Judge's filing of a post-hearing Recommendation prior to November 1, 2005 and the District Judge's orderly consideration thereof prior to the projected commencement of trial on December 5, *the Clerk is provided this early notice of –*

(a) the need for *a court reporter* able to provide a transcript for the September 9 hearing not later than September 14, and

(b) the need for *one or more Spanish-language interpreters* for the all-day hearing on September 9.

Done this 7th day of July, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE