IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No.: 2:05-cr-129-A |
| | ) |
| TERESO RODRIGUEZ LOPEZ | ) |

### MOTION TO COMPEL COMPLIANCE WITH SUBPOENA

**COMES NOW** Tereso Rodriguez-Lopez, by and through undersigned counsel, Kevin L. Butler, and files this Motion to Compel Compliance with Subpoena. In Support of this Motion the Defense States:

**1.** On July 19, 2005, we subpoenaed the Alabama Department of Public Safety for the following records:

   **a.** **Copies of all traffic citations, including ticket warnings, consent to search vehicle forms and offense reports, issued by Officer Jesse Peoples, on the I-65 corridor for the following time period: June 2002 through April 2005. Said witness is to produce the race, sex and age of person stopped, description of the vehicle stopped and the basis for the stop and if person was arrested as a result of Officer Peoples' stop.**

   **B.** **Copies of all traffic stop report involving Trooper Peoples' request for the use of a drug dog.**

**2.** Based on the information the Federal Defenders Office received as a result of a subpoena in <u>USA v. Manuel Munoz-Betancur</u>, *CR. NO. 02-86-N,* we anticipated receiving the tickets and warning citations with all relevant information un-redacted.

3. On or about July 29, 2005, we received what appears to be the tickets and citations issued by Trooper Peoples during the requested time period. However, all contact information has been redacted. See Exhibit 1.

4. As Trooper Peoples marks all individuals other than African Americans as white, we need to contact these people to determine their ethnicity. Therefore we need un-redacted copies.

5. Further, said subpoena requested copies of **"all traffic stop report involving Trooper Peoples' request for the use of a drug dog."** Said reports were not part of the information given to undersigned counsel. Therefore, such information should be provided.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO.: 2:05-cr129-A** |
| | ) | |
| **TERESO RODRIGUEZ-LOPEZ** | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 5, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

    Respectfully submitted,

    s/ Kevin L. Butler
    KEVIN L. BUTLER
    First Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: kevin_butler@fd.org
    AZ Bar Code: 014138