REV. 3/97

**TICKET AND COMPLAINT**

| ALABAMA, COUNTY OF Chilton | CO. | CITY | TICKET NUMBER | M 5719708 |

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about

Month 11 / Day 12 / Year 02  At Approx. 3:00  Time ☐ AM ☑ PM ☐ MT

TYPE VEHICLE
☐ Commercial
☐ Haz-Mat Involved
☐ Other
☑ Private

First Name: Russell
Middle/Maiden: N
Last: Yates

Address: Street [redacted]
City [redacted]  State [redacted]  Zip Code [redacted]

State: AL   Driver's License Number [redacted]   Class of License
Sex: M  Race: W  DOB: [redacted]   Social Security Number [redacted]   Drivers License in Possession ☑ Yes ☐ No
Hgt: 5-11  Wgt: 145  Eyes: Blu  Hair: Bln  Vehicle Tag Number [redacted]   State [redacted]  Year [redacted]

Vehicle Description: 95 Lexus Blu
Owner of Vehicle: ☑ Driver ☐ Employer ☐ Other

Employer/Owner of Vehicle (Address)

☐ Did unlawfully operate a motor vehicle, other vehicle, or ☐ otherwise unlawfully use a public street, road, highway or other place, at or near _____, within the ☐ city limits or ☐ police jurisdiction of _____, or ☑ within Chilton County, at or near the following location Co 29 Higgins Ferry in violation of ☑ Section T-32-5A-171 Code of Alabama 1975,

☐ or Rule/Regulation number (or) ☐ Municipal Ordinance No. _____, duly adopted and in force at the time the offense was committed, (if applicable) ☐ adopting Section _____ Code 1975, more particularly described below:

| UCR Code | KM No. | Street/Road Code |

CHECK THE APPROPRIATE BLOCK:
1 ☑ Speeding 75 MPH 45 Speed Limit
2 ☐ Reckless Driving
3 ☐ Driving Without First Obtaining a Driver's License
DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE:
4 ☐ There was .08% or More By Weight of Alcohol in His/Her Blood
4 ☐ Under the Influence of Alcohol
5 ☐ Under the Influence of Controlled Substance
71 ☐ Under the Combined Influence of Alcohol and Controlled Substance
72 ☐ Under the Influence of any Substance which Impairs the Mental or Physical Faculties
6 ☐ Failure to Yield Right of Way
☐ Other Violation (Specify)

7 ☐ Driving While Revoked
8 ☐ Driving While Suspended
10 ☐ Running Red Light
13 ☐ Improper Equipment (Specify)
14 ☐ Improper Passing
28 ☐ Improper Tag (Specify)
29 ☐ Improper Turn
42 ☐ Overweight Vehicle
61 ☐ Child Restraint Violation
77 ☐ Seat Belt Violation

FACTS RELATING TO THE OFFENSE: ☐ Companion Case (Traffic, Non-Traffic, Felony, Other) ☐ Accident Involved
(Witnesses, etc) Entered Clanton School Zone

Complainant's Signature: [signed]  Officer ID: [illegible]  Agency ORI: AL [illegible]

Verified and Acknowledged before me this date (Circle Title) Judge/Magistrate    M __ D __ Y __

COURT-APPEARANCE INFORMATION
☐ Municipal
☑ District Court Chilton Co  Phone ( )

Court Appearance Date: 01/01/03  Time 9:00 ☑ AM ☐ PM  Court Address

I Promise to appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.

Defendant's Signature: [signed] Russell Yates    Phone ( )

☑ Released on Own Recognizance    ☐ Driver's License Posted in Lieu of Bond

**POLICE RECORD**

TICKET # M 5719708  CASE #

FORM UTC-1
REV. 3/97

# ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT

COURT CASE NO.
YEAR | NUMBER

ALABAMA, COUNTY OF Montgomery | CO. | CITY | TICKET NUMBER M 5719707

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about

Month 1 | Day 21 | Year 02 | At Approx. 1:47 | ☐ AM ☐ PM ☐ MT

TYPE VEHICLE
☐ Commercial
☐ Haz-Mat Involved
☐ Other
☐ Private

First Name: Jose
Middle/Maiden: M
Last: Devall

Address / Street: [redacted]
City: [redacted]  State: [redacted]  Zip Code: [redacted]

State: RA  Driver's License Number: [redacted]  Class of License:

Sex: M  Race: W  DOB: 05 04 74  Social Security Number: [redacted]  Drivers License in Possession: ☐ Yes ☑ No

Hgt: 5'10  Wgt: 140  Eyes: Bro  Hair: Blk  Vehicle Tag Number: [redacted]  State: [redacted]  Year: [redacted]

Vehicle Description: 96 Ford Expo Grn
Owner of Vehicle ☐  Driver ☐  Employer ☐  Other ☐

Employer/Owner of Vehicle (Address):

☑ Did unlawfully operate a motor vehicle, other vehicle, or ☐ otherwise unlawfully use a public street, road, highway or other place, at or near _____, within the ☐ city limits or ☐ police jurisdiction of _____ or ☑ within Montgomery County, at or near the following location: IC5 SB 164mm in violation of ☑ Section T-32-6-19 Code of Alabama 1975, ☐ or Rule/Regulation number (or) ☐ Municipal Ordinance No. _____, duly adopted and in force at the time the offense was committed, (if applicable) ☐ adopting Section _____ Code 1975, more particularly described below:

CHECK THE APPROPRIATE BLOCK:

| | | UCR Code | KM No. | Street/Road Code |
|---|---|---|---|---|
| 1 ☐ Speeding ___ MPH ___ Speed Limit | | | | |
| 2 ☐ Reckless Driving | 7 ☐ Driving While Revoked | | | |
| 3 ☐ Driving Without First Obtaining a Driver's License | 8 ☑ Driving While Suspended | | | |
| DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE: | 10 ☐ Running Red Light | | | |
| 4 ☐ There was .08% or More By Weight of Alcohol in His/Her Blood | 13 ☐ Improper Equipment (Specify) | | | |
| 4 ☐ Under the Influence of Alcohol | 14 ☐ Improper Passing | | | |
| 5 ☐ Under the Influence of Controlled Substance | 28 ☐ Improper Tag (Specify) | | | |
| 71 ☐ Under the Combined Influence of Alcohol and Controlled Substance | 29 ☐ Improper Turn | | | |
| 72 ☐ Under the Influence of any Substance which Impairs the Mental or Physical Faculties | 42 ☐ Overweight Vehicle | | | |
| | 61 ☐ Child Restraint Violation | | | |
| 6 ☐ Failure to Yield Right of Way | 77 ☐ Seat Belt Violation | | | |

☐ Other Violation (Specify)

FACTS RELATING TO THE OFFENSE: (Witnesses, etc)
☐ Companion Case (Traffic, Non-Traffic, Felony, Other)
☐ Accident Involved

Complainant's Signature: [signature]  Officer ID: [redacted]  Agency ORI: AL [redacted]

Verified and Acknowledged before me this date (Circle Title) Judge/Magistrate
M | D | Y

COURT APPEARANCE INFORMATION
☐ Municipal
☑ District Court: Montgomery Co  Phone ( )

Court Appearance Date: M 3 | D 14 | Y 03  Time: 8:30  ☑ AM ☐ PM  Court Address:

I Promise to appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.

Defendant's Signature: X Jose M Devall  Phone ( )

☐ Released on Own Recognizance   ☐ Driver's License Posted in Lieu of Bond

## POLICE RECORD



ALABAMA STATE TROOPER

Hour 924 A.M. ___ P.M.

First: MELVIN    Middle: G.    Last: SLADE

Street: Impartial Silence    City: ___    State: ___

Charges: Too Lane Changes

Route: I-65 N/B    Miles: 3.5.75    162 mm    N S E W From    County: 03

Race: W    Sex: M    Age: 64    State: ___

Make: Chevy    Type: Red/Blk    Year: 94    Drivers License No.: ___    State: ___

License Number: ___

Signed: X ___ (Name)
Signed—Trooper: ___

Date: 05-30-___    Number: 8KK ○3

WARNING
PMENT VIOLATIONS SHOULD
REPAIRED IMMEDIATELY.
URE TO DO SO COULD
ILT IN THE ISSUANCE OF A
FIC CITATION.

ALABAMA STATE TROOPER

Hour 10:42 A.M. _____ P.M.

First: RICHARD
Middle: T
Last: SPANTLIN III

Street
City
State: SPVG

Route: W
Miles: I-65 SB 167
N S E W From
County: 03

Race: W
Sex: M
Age: 1/23/67
Year: 02
Drivers License No.
State
License Number

Make: CHEV
Type: P/U

WARNING
PAYMENT VIOLATIONS SHOULD BE REPAIRED IMMEDIATELY. FAILURE TO DO SO COULD RESULT IN THE ISSUANCE OF A TRAFFIC CITATION.

Name: X Richard T. Spantlin
Signed
Signed—Trooper: J. Langley

Date: 05-30, 03
Number: 466