IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-129-A |
| | ) | |
| TERESO RODRIQUEZ LOPEZ | ) | |

**ORDER ON MOTION**

For good cause, it is

**ORDERED** that Defendant's *Motion to Compel Compliance with Subpoena* (Doc. 33, filed August 5, 2005), is **DENIED** without prejudice. Counsel is instructed first to attempt a good-faith resolution of the matter reported by conferences within the next ten days with counsel for the Alabama Department of Public Safety and with the Assistant United States Attorney of record.

Done this 8TH day of August, 2005.


/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE