RECEIVED
2005 AUG 18 P 3:13

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | Case No.: 2:05-cr-129-A |
| ) | |
| TERESO RODRIGUEZ-LOPEZ    ) | |

**ALABAMA DEPARTMENT OF PUBLIC SAFETY'S MOTION FOR HEARING TO
DETERMINE IF DEFENDANT IS ENTITLED TO UNREDACTED DOCUMENTS
AND WHAT DOCUMENTS DEFENDANT IS ENTITLED TO**

Now comes the Alabama Department of Public Safety, by and through its attorneys, and respectfully request a hearing on the type and number of documents Defendant is due under attached subpoenas.

1. That the Department was informed prior to the subpoenas being issued, by both the Assistant United State Attorney and the attorney for Defendant that the court had decided that the Defendant was entitled to the documents and that the Court would not look kindly on the Department should it file a motion to Quash since the Department has already gathered most of the Documents for a prior case.

2. The subpoenas were issued on July the 13th, 2005 were sent to Department's legal unit by fax on July 14, 2005

3. The Department informed the Attorney for Defendant on July 21 that 789 page of Documents consisting of the

warning tickets and the Uniform Traffic Citations were
ready to be picked up.

4. The Documents furnished were redacted in compliance with
Title 18 USCS §2721 through §2725. However, as requested in
the Subpoena Duces Tecum, they did show the name, race, age
and sex of the person as well as description of the vehicle
stopped and the basis for each stop. The Uniform Traffic
Citations show that the person was cited to court while no
such court appearance was required under the warning
tickets.

5. On the evening of July 21 the attorney handling this
matter for the Department had a heart attack and was out of
the office for an extended period of time.

6. On about August 15, 2005 the Department was informed by
the Assistant United State Attorney that the attorney for
Defendant believed that he is entitled to unredacted copies
of the documents requested. The attorney has attempted to
contact the attorney for Defendant.

7. This review is necessary under the Drivers Privacy
Protection Act and other federal and state laws to protect
the private information of non related parties contained on
the documents requested by the Defendant.

8. After the court its Order in regard to the attached
subpoenas on July 13, 2005 the United State Court of

Appeals for the Eleventh on July 29, 2005 ruled in <u>United</u>

<u>State of America v Joanna Hernandez</u> NO. 04-11776. The

Department believes this ruling should limit the scope of

the documents it is required to produce.

   WHEREFORE, the Alabama Department of Public Safety

prays that this Court will hold a hearing to determine the

redaction conflict as well either limit or quash the

attached subpoenas.

                              Respectfully submitted,

                              J. Haran Lowe, Jr.
                              ASB-1215-076J
                              Attorney for Department of
                              Public Safety
                              P.O. Box 1511
                              Montgomery, Alabama 36102-1511
                              Phone: (334) 242-4392
                              Fax: (334) 242-0894
                              E-mail:hlowe@dps.state.al.us

                              Michael M. Robinson
                              ASB-1170-171M
                              Attorney for Department of
                              Public Safety
                              P.O. Box 1511
                              Montgomery, Alabama 36102-1511
                              Phone: (334) 242-4392
                              Fax: (334) 242-0894
                     E-mail: mrobinson@dps.state.al.us


                     **CERTIFICATE OF SERVICE**

   I hereby certify that on August 19, 2005, I served a

copy the foregoing on the Defendant's attorney by U. S.

Mail first class postage prepaid at the address setout

below.

Kevin L. Butler
Federal Defenders
Middle District of Alabama
201 Monroe Street Suite 407
Montgomery, Alabama 36104

J. Haran Lowe, Jr.

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

### *EX PARTE* SUBPOENA DUCES TECUM
### IN A CRIMINAL CASE

**UNITED STATES OF AMERICA**

v.                                               **CASE NUMBER: 2:05-cr-129-A**

**TERESO RODRIGUEZ-LOPEZ**

**TO:** **Custodian of Records**
**Alabama Department of Public Safety**
**500 Dexter Avenue**
**Montgomery, Alabama 36104**
**Tel: 242-4128**

___XX_____    **YOU ARE COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>One Church Street<br>Montgomery, AL 36104 | Delores R. Boyd<br>U.S. Magistrate Judge<br>DATE AND TIME<br>September 9, 2005 at 9:30 a.m. |

___XX___    **YOU ARE COMMANDED to produce** the following document(s) or object(s), *INSTANTER,* to the office of the Defendant's Counsel, Kevin L. Butler, Assistant Federal Defender, at 201 Monroe Street, Suite 407, Montgomery, AL 36104 or made available to be picked up by any authorized agent of the Federal Defenders office.

*Said witness is to produce to the office of the undersigned counsel, INSTANTER, the following requested information on Alabama State Trooper Jesse Peoples, Badge No.: 888:*

*a.*    *Copies of all traffic citations, including ticket warnings, consent to search vehicle forms and offense reports, issued by Officer Jesse Peoples, on the I-65 corridor for the following time period: June 2002 through April 2005. Said witness is to produce the race, sex and age of person stopped, description of the vehicle stopped and the basis for the stop and if person was arrested as a result of Officer Peoples' stop.*

*b.*    *Copies of all traffic stop report involving Trooper Peoples' request for the use of a drug dog.*

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| *Debra P. Hackett*<br>(By) Deputy Clerk | 7/13/05 |

ATTORNEYS NAME, ADDRESS AND PHONE NUMBER
KEVIN L. BUTLER, AFD                TEL: (334) 834-2099            FAX: (334) 834-0353
Federal Defenders, Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

*EX PARTE* SUBPOENA
IN A CRIMINAL CASE

UNITED STATES OF AMERICA

v.

TERESO RODRIGUEZ-LOPEZ

CASE NUMBER: 2:05-cr-125-A

TO:    Alabama State Trooper Jessie Peoples, Badge No. 888
       Alabama Department of Public Safety
       500 Dexter Avenue
       Montgomery, Alabama 36104

__XX_____    **YOU ARE COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>One Church Street<br>Montgomery, AL 36104 | Delores R. Boyd<br>U.S. Magistrate Judge<br>DATE AND TIME<br><br>September 9, 2005 @ 9:30 a.m. |

_____    **YOU ARE COMMANDED to produce** the following document(s) or object(s), *INSTANTER*, to the office of the Defendant's Counsel, Kevin L. Butler, Assistant Federal Defender, at 201 Monroe Street, Suite 407, Montgomery, AL 36104 or made available to be picked up by any authorized agent of the Federal Defenders office.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| *Debra P. Hackett* | 7/13/05 |
| (By) Deputy Clerk | |

ATTORNEYS NAME, ADDRESS AND PHONE NUMBER
KEVIN L. BUTLER, AFD          TEL: (334) 834-2099          FAX: (334) 834-0353
Federal Defenders, Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104

ANY WITNESS FEES AND MILEAGE
DUE WILL BE PAID IN THE SAME
MANNER THAT SUCH FEES AND
EXPENSES ARE PAID FOR
WITNESSES SUBPOENAED ON
BEHALF OF THE UNITED STATES