IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-129-A |
| | ) | |
| TERESO RODRIQUEZ LOPEZ | ) | |

### ORDER ON MOTION

Upon consideration of the *Alabama Department of Public Safety's Motion for Hearing to Determine if Defendant is Entitled to Unredacted Documents and What Documents Defendant is Entitled to* (Doc. 35, filed August 18, 2005), which reports, *inter alia*, the movant counsel's unsuccessful attempt to contact the attorney for the Defendant, it is **ORDERED** that Motion is GRANTED to the following extent:

Defense Counsel shall confer with the movant counsel for the Department of Public Safety not later than August 24, 2005, for the purpose of attempting to resolve the discovery subpoena directed to the Department in a manner which protects the private information of non-related parties . **Any remaining conflict is hereby set for hearing before the undersigned on Thursday, August 25, 2005, at 3:45 p.m., in District Courtroom 4A.**

DONE THIS 19th day of August, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE