IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO.: 2:05-cr129-A |
| ) | |
| TERESO RODRIGUEZ-LOPEZ ) | |

MOTION FOR EXTENSION
OF TIME TO FILE SUPPLEMENTAL MOTION

COMES NOW the Defendant, Tereso Rodriguez-Lopez, by and through undersigned counsel, Kevin L. Butler, and requests an extension of time to file supplemental motions. In support of this motion undersigned counsel states:

1. Undersigned counsel, counsel for the United States and counsel for the State of Alabama, are presently trying to resolve issues regarding statistical information requested by undersigned counsel.

2. As soon as the information is provided, defense counsel will supplement his motion with statistical reports and documentary exhibits.

WHEREFORE, the defendant prays that this motion be granted.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO.: 2:05-cr129-A |
| | ) | |
| **TERESO RODRIGUEZ-LOPEZ** | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                Respectfully submitted,

                                s/ Kevin L. Butler
                                KEVIN L. BUTLER
                                First Assistant Federal Defender
                                201 Monroe Street, Suite 407
                                Montgomery, Alabama 36104
                                Phone: (334) 834-2099
                                Fax: (334) 834-0353
                                E-mail: kevin_butler@fd.org
                                AZ Bar Code: 014138