IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-129-A |
| | ) | |
| TERESO RODRIQUEZ LOPEZ | ) | |

## ORDER ON MOTION

Though styled *Motion for Extension of Time to File Supplemental Motion* (Doc. 38, filed August 22, 2005), it appears that the Defendant seeks by this motion an extension of his August 22, 2005 deadline – set by Order filed six weeks ago, on July 7, 2005 – to supplement his suppression motion filed July 5 with any "expert reports, statistical reports, or documentary exhibits to be offered as support for his claim of racial profiling." Because this suppression motion is set for an evidentiary hearing on September 9, 2005, and a September 1, 2005 deadline is set for disclosure by the United States of its expert reports in opposition to any reports by the Defendant, it is, for good cause,

**ORDERED** that Defendant's Motion is **GRANTED only to the extent that the August 22, 2005 deadline is extended to August 31, 2005, for the Defendant's submission of** "expert reports, statistical reports, or documentary exhibits to be offered as support for his claim of racial profiling, and the responsive deadline for the United States is extended from September 1 to September 6, 2005.

DONE this 24th day of August, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE