# MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. DELORES R. BOYD

| | |
|---|---|
| DATE COMMENCED: 8/25/05 | DIGITAL RECORDING: 3:53 - 4:56 |
| DATE COMPLETED: 8/25/05 | |

| | | |
|---|---|---|
| USA | * | 2:05cr129-A |
| vs | * | |
| TERESO RODRIGUEZ-LOPEZ | * | |

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Kevin Butler | * | Tommie Brown Hardwick |

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

### PROCEEDINGS:

( ) JURY TRIAL
( x ) OTHER PROCEEDINGS:   Hearing on Motion

### SEE MINUTES ATTACHED

| | LOG OF PROCEEDINGS ELECTRONICALLY RECORDED | |
|---|---|---|
| Description | USA v. Tereso Rodriguez-Lopez: Hearing on Motion RE: To Determine if Defendant is Entitled to Unredacted Documents and What Documents Defendant is entitled to by Alabama Dept of Public Safety | |
| Date | 8/25/2005 | Location |

| Time | Speaker | Note |
|---|---|---|
| 3:53:41 PM | Court | Opens proceeding with facts regarding this case; Addresses Mr. Michael Robinson, representative for State of Alabama, regarding no ruling on this issue in this case at this time |
| 3:56:19 PM | Mr. Robinson | Speaks to Court regarding documents requested; |
| 3:58:32 PM | Court | Where is Conflict? |
| 3:58:41 PM | Defendant | Replies to Court's question |
| 4:00:55 PM | Mr. Robinson | Addresses issue of notating race on tickets (inconsistency on how to indicate race) |
| 4:03:14 PM | Court | Summarizes problem with notation of race on tickets; Asks defendant why should the State edit records submitted |
| 4:05:23 PM | Defendant | Not edit; just unredacted |
| 4:05:57 PM | Mr. Robinson | Defendant not entitled |
| 4:06:14 PM | Govt | States reasons defendant is not entitled to unredacted tickets |
| 4:09:01 PM | Defendant | Responds |
| 4:18:04 PM | Court | Questions defendant regarding racial profiling issue |
| 4:19:47 PM | Defendant | Responds; |
| 4:26:56 PM | Court | Restates question before this Court; Court will not extend deadlines in this case |
| 4:28:02 PM | Govt | Information would be inconclusive even if Court orders redacted documents |
| 4:29:18 PM | Defendant | Impossible to provide Statistical Analysis |
| 4:30:23 PM | Court | Responds |
| 4:30:53 PM | Defendant | Office does not have documentation to prove claim; Rule l7 gives defendant opportunity to gather information to provide to court; Documents provided not sufficient to conduct analysis |
| 4:34:21 PM | Court | Court denied oral motion to continue suppression hearing by defendant |
| 4:34:49 PM | Court | Court will issue ruling on motion by tomorrow, noon; What case has the State given unredacted information |
| 4:39:42 PM | Defendant | Responds |
| 4:39:58 PM | Mr. Robinson | If Unredacted given, was mistake; disciplinary actions will be taken against employee |
| 4:41:17 PM | Defendant | Information was given in Leal Case |
| 4:41:33 PM | Mr. Robinson | Trooper was working Tuscaloosa area during given period in this case |
| 4:42:27 PM | Govt | Even if given information, still not sufficent because there is no comparison |
| 4:44:30 PM | Court | Statistical Analysis more than just data |
| 4:44:53 PM | Defendant | Responds |
| 4:46:42 PM | Court | Are there any 4th Amendment issues? |

| 4 :46:54 PM | Defendant | Responds |
|---|---|---|
| 4 :47:17 PM | Court | How many witnesses? |
| 4 :47:43 PM |  | Both Govt & Defendant responds |
| 4 :48:27 PM | Court | What are the elements in prima facie case? |
| 4 :50:12 PM | Govt | Gives reference to previous case as regards to prima facie case |
| 4 :51:12 PM | Defendant | Needs unredacted information to provide statistical analysis |
| 4 :53:44 PM | Court | Court will make a ruling on this issue tomorrow |
| 4 :55:24 PM |  | Recess |
|  |  |  |