IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO.: 2:05-cr129-A |
| | ) | |
| TERESO RODRIGUEZ-LOPEZ | ) | |

### AFFIDAVIT OF JAMES H. GUNDLACH

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF MONTGOMERY | ) |

I, James H. Gundlach, being duly sworn state as follows:

1.  My name is James H. Gundlach, Director and Professor of Sociology at Auburn University. I have taught undergraduate and graduate courses in statistics for the past 30 years. I have also been qualified as statistical expert in the United States District Court for the Middle District of Alabama.

2.  I can complete a comparative analysis of whether Hispanics with out of state license plate/tags are significantly more likely than non-Hispanics to be stopped and issued a citation or warning ticket by a given officer (i.e. Trooper Jesse Peoples). I can also complete a comparative analysis of whether Hispanics are significantly more likely than non-Hispanics to sign a consent to search form at the request of Trooper Peoples.

3.  For the analysis to be conducted, copies of warning tickets, citations and associated consent forms issued by Trooper Peoples over the last 4 years would be required. These forms should contain the address and license plate/tag information of the drivers, as this information is utilized by the census bureau. This information would also reduce measurement error.

4.   I will present my analysis for the court's review. My comparative analysis will involve far more than comparing the number of tickets, warnings tickets and consent forms issued to a minority group against the minority group's state representation.

_____
JAMES H. GUNDLACH
Date: August 30, 2005

Sworn and subscribed to before me
this 30th day of August 2005.

_____
NOTARY PUBLIC
My Commission expires: 7-26-06