IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2005 JUL -7  A 10: 49

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CASE NO.: 2:05-cr-129-A |
| | ) |
| TERESO RODRIGUEZ-LOPEZ | ) |

*EX PARTE* APPLICATION IN FORMA PAUPERIS FOR SUBPOENA
SUBPOENA DUCES TECUM AND MOTION TO SEAL

Now comes the Defendant, Juan R. Leal, *ex parte* and pursuant to Rule 17 (a)(b) and (c) of

the Federal Rules of Criminal Procedure and 18 U.S.C. § 3006A(e)(1), and respectfully moves the

Court for an Order **SEALING** this Motion and the Court's related Order, and for issuance by this

Court of an Order permitting the issuance of the following requested Subpoena and Subpoena Duces

Tecum and requiring the costs of the witnesses' transportation, subsistence and witness fees be paid

at Government expense. **Defense counsel's office will serve these subpoenas**.

Defendant, pursuant to Rule 17(a)(b) and (c), Federal Rules of Criminal Procedure, requests

the issuance by this Court of an Order requiring service of the following subpoena and subpoena

duces tecum, at Government expense upon:

1.      **Custodian of Records**
        **Alabama Department of Public Safety**
        **500 Dexter Avenue**
        **Montgomery, Alabama 36104**
        **Tel: 242-4128**

**Said witness is to produce to the office of the undersigned counsel,
INSTANTER, the following requested information on Alabama State Trooper
Jesse Peoples, Badge No.: 888:**

        a.      **Copies of all traffic citations, including ticket warnings, consent to
                search vehicle forms and offense reports, issued by Officer Jesse Peoples,
                on the I-65 corridor for the following time period: June 2002 through**

April 2005. **Said witness is to produce the race, sex and age of person stopped, description of the vehicle stopped and the basis for the stop and if person was arrested as a result of Officer Peoples' stop.**

**B.      Copies of all traffic stop report involving Trooper Peoples' request for the use of a drug dog.**

Said witness should be required, pursuant to a subpoena duces tecum, to produce the above requested documents *INSTANTER* to Defendant's counsel.

**2.      Alabama State Trooper Jessie Peoples, Badge No. 888**
**Alabama Department of Public Safety**
**500 Dexter Avenue**
**Montgomery, Alabama 36104**

Said witness shall appear at the Suppression Hearing scheduled for September 9, 2005 at 9:30 a.m. before the Honorable Delores Boyd, U.S. Magistrate Judge, U.S. District Court, One Church Street, Montgomery, Alabama.

In further support hereof, the Defendant shows the following:

1.      The Defendant was adjudged indigent under the provision of the Criminal Justice Act of 1964, and the office of the Federal Defender was appointed to represent him.

2.      The above evidence of the related witness is material to the representation of said Applicant in that it is alleged by Officer Peoples that the Defendant was stopped for a speeding violation, then was interrogated by Officer Peoples on matters unrelated to the stop. Officer Peoples requested and was given consent to search Mr. Rodriguez-Lopez's vehicle. During the search, Officer Peoples and a drug dog located illegal drugs, then arrested Mr. Rodriguez-Lopez.

3.      The Defendant requests that this Application and Order be placed **under seal** until further order of the Court.

4.      **Defense counsel's office will serve these subpoenas.**

**WHEREFORE**, Defendant respectfully requests that this Motion be granted and the Court issue an order requiring service of requested subpoena and subpoena duces tecum upon the aforementioned witness, with witness fees and costs of transportation and subsistence to be provided at Government expense.

Dated this 6th day of July 2005.

Respectfully submitted,

KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO.: 2:05-cr129-A** |
| | ) | |
| **TERESO RODRIGUEZ-LOPEZ** | ) | |

### ORDER

Having c onsidered t he f oregoing *Ex Parte* M otion f or S ubpoena a nd  Subpoena D uces Tecum, in connection with the prosecution for trial in the above-styled case,

**IT IS HEREBY ORDERED** that the requested Subpoena be issued for the presence of Alabama State Trooper Jesse Peoples, Badge No. 888 at the Suppression Hearing scheduled for September 9, 2005, at 9:30 a.m. before the Honorable Delores Boyd.

**IT IS HEREBY ORDERED** that the Subpoena Duces Tecum be issued for the production of the following items: **(a) Copies of all traffic citations, including ticket warnings, consent to search vehicle forms and offense reports, issued by Officer Jesse Peoples, on the I-65 corridor for the following time period: June 2002 through April 2005.  Said witness is to produce the race, sex and age of person stopped, description of the vehicle stopped and the basis for the stop and if person was arrested as a result of Officer Peoples' stop; (b) Copies of all traffic stop report involving Trooper Peoples' request for the use of a drug dog.**

The cost of transportation, subsistence, and fees for the witness shall be paid by the United States Marshal in the same manner as witnesses subpoenaed by the Government.

**IT IS HEREBY ORDERED** that the Application and Order for Issuance of subpoena be placed **under seal** until further order of this Court.

**SO ORDERED**, this _____ day of July 2005.

_____
**UNITED STATES MAGISTRATE JUDGE**