# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

*EX PARTE* **SUBPOENA DUCES TECUM IN A CRIMINAL CASE**

**UNITED STATES OF AMERICA**
v.
**TERESO RODRIGUEZ-LOPEZ**

**CASE NUMBER: 2:05-cr-129-A**

**TO:** Custodian of Records
Alabama Department of Public Safety
500 Dexter Avenue
Montgomery, Alabama 36104
Tel: 242-4128

__XX_____  **YOU ARE COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| United States District Court  One Church Street  Montgomery, AL 36104 | Delores R. Boyd  U.S. Magistrate Judge  DATE AND TIME  September 9, 2005 at 9:30 a.m. |

__XX___  **YOU ARE COMMANDED to produce** the following document(s) or object(s), *INSTANTER*, to the office of the Defendant's Counsel, **Kevin L. Butler, Assistant Federal Defender**, at 201 Monroe Street, Suite 407, Montgomery, AL 36104 or made available to be picked up by any authorized agent of the Federal Defenders office.

*Said witness is to produce to the office of the undersigned counsel, INSTANTER, the following requested information on Alabama State Trooper Jesse Peoples, Badge No.: 888:*

a. *Copies of all traffic citations, including ticket warnings, consent to search vehicle forms and offense reports, issued by Officer Jesse Peoples, on the I-65 corridor for the following time period: June 2002 through April 2005. Said witness is to produce the race, sex and age of person stopped, description of the vehicle stopped and the basis for the stop and if person was arrested as a result of Officer Peoples' stop.*

b. *Copies of all traffic stop report involving Trooper Peoples' request for the use of a drug dog.*

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| *Debra P. Hackett*  (By) Deputy Clerk | 7/13/05 |

ATTORNEYS NAME, ADDRESS AND PHONE NUMBER
KEVIN L. BUTLER, AFD          TEL: (334) 834-2099          FAX: (334) 834-0353
Federal Defenders, Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104