FORM UTC-1
REV. 3/97

# ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT

COURT CASE NO.
YEAR | NUMBER

| ALABAMA, COUNTY OF Mobile | CO. | CITY | TICKET NUMBER | M 5033442 |

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about

Month 11 / Day 02 / Year 02  At Approx. 7:12  ☑ PM

TYPE VEHICLE
☐ Commercial
☐ Haz-Mat Involved
☐ Other
☑ Private

First Name: Juan
Middle/Maiden: O
Last: Garcia

Address / Street: [redacted]
City: [redacted]  State: [redacted]  Zip Code: [redacted]

State | Driver's License Number | Class of License

Sex: M | Race: W | DOB: 06/24/72 | Social Security Number: ___
Drivers License in Possession: ☐ Yes ☑ No

Hgt: 500 | Wgt: 170 | Eyes: Blu | Hair: Blk | Vehicle Tag Number: [redacted] | State | Year

Vehicle Description: Chrys Sebring Con
Owner of Vehicle: ☐ Driver ☐ Employer ☑ Other

Employer/Owner of Vehicle (Address):

☑ Did unlawfully operate a motor vehicle, other vehicle, or ☐ otherwise unlawfully use a public street, road, highway or other place, at or near _____, within the ☐ city limits or ☐ police jurisdiction of _____, or ☑ within Mobile County, at or near the following location I-10 EB 12 MM in violation of ☑ Section T-32-6-1 Code of Alabama 1975.

☐ or Rule/Regulation number (or) ☐ Municipal Ordinance No. _____, duly adopted and in force at the time the offense was committed, (if applicable) ☐ adopting Section _____ Code 1975, more particularly described below:

CHECK THE APPROPRIATE BLOCK:

| UCR Code | KM No. | Street/Road Code |

1. ☐ Speeding ___ MPH ___ Speed Limit
2. ☐ Reckless Driving
3. ☑ Driving Without First Obtaining a Driver's License

DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE:

4. ☐ There was .08% or More By Weight of Alcohol in His/Her Blood
4. ☐ Under the Influence of Alcohol
5. ☐ Under the Influence of Controlled Substance
71. ☐ Under the Combined Influence of Alcohol and Controlled Substance
72. ☐ Under the Influence of any Substance which Impairs the Mental or Physical Faculties
6. ☐ Failure to Yield Right of Way

7. ☐ Driving While Revoked
8. ☐ Driving While Suspended
10. ☐ Running Red Light
13. ☐ Improper Equipment (Specify) ___
14. ☐ Improper Passing
28. ☐ Improper Tag (Specify) ___
29. ☐ Improper Turn
42. ☐ Overweight Vehicle
61. ☐ Child Restraint Violation
77. ☐ Seat Belt Violation

☐ Other Violation (Specify) ___

FACTS RELATING TO THE OFFENSE: (Witnesses, etc)
☐ Companion Case (Traffic, Non-Traffic, Felony, Other)
☐ Accident Involved

Complainant's Signature: JR Pop[?]
Officer ID: 666
Agency ORI: AL AST0300

Verified and Acknowledged before me this date
(Circle Title) Judge/Magistrate

COURT APPEARANCE INFORMATION
☐ Municipal
☑ District Court  Mobile Co.   Phone ( )

Court Appearance Date: 12/11/02  Time: 8:30 ☑ AM  Court Address:

I Promise to appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.

Defendant's Signature: X Juan Oliver G.   Phone ( )

☑ Released on Own Recognizance   ☐ Driver's License Posted in Lieu of Bond

**POLICE RECORD**



