IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-CR-129-A |
| | ) | |
| TERESO RODRIQUEZ-LOPEZ | ) | |

UNITED STATES' MOTION TO EXCLUDE AS UNTIMELY,
EXPERT REPORTS, STATISTICAL REPORTS, OR
DOCUMENTARY EXHIBITS IN SUPPORT OF RACIAL PROFILING CLAIM

Comes now the United States of America, by and through Leura Garret Canary, United States Attorney for the Middle District of Alabama, and in response to this Court's Order (Doc. #39), filed on August 24, 2005, submits the follow:

1. The defendant, Tereso Rodriquez Lopez, filed a *Motion for Extension of Time to File Supplemental Motion,* on August 22, 2005. The defendant's request for an extension was to allow the defendant sufficient time in which to supplement his motion to suppress issues on racial profiling by adding evidence in the form of an expert report, statistical reports, and other documentary exhibits.

2. The Court granted the defendant's request for extension by resetting the defendant's deadline from August 22, 2005, until August 31, 2005. (Doc. 39). In the same order, the Court reset the Government's deadline from September 1st until September 6, 2005.

3. The undersigned counsel for the Government made several telephone calls to Attorney Kevin Butler requesting a copy of the statistical report, the data used to form the bases for the statistical report, the expert witness that the defense intends to use, and the expert's curricula vitae. Attorney Butler advised the undersigned counsel that the report was only partially complete; however, he would provide information as he received it. Further, that the statistical analysis was

not complete because he had not received the consent forms from the Alabama Department of Motor Vehicles.

4. On Friday, September 2, 2005, the United States received a facsimile from Attorney Butler, which included the vitae of James Howard Gundlach, and a two sheet analysis prepared by Dr. Gundlach. Based upon previous conversations with Attorney Butler, the two sheet analysis is incomplete because Dr. Gundlach did not have all of the data from the Alabama Department of Motor Vehicles.

5. At 9:10 a.m. on September 6, 2005, the United States received a disk containing all information provided by the Alabama Department of Motor Vehicles and data which was used by the defense to establish their statistical analysis. In addition, part of the data used in the statistical analysis was not gathered until August 30 and 31, 2005.[1]

6. The United States did arrange to have an expert witness review the analysis after it was filed by the defense and to conduct an independent analysis. However, the United States is facing an impossible deadline, in that the United States received the information on the same date that its response is due. The United States does not have an analysis to file with the Court on this date.

7. Therefore, the United States files this motion to exclude any and all statistical data that was not filed on or before August 31, 2005, pursuant to the Court's Order (Doc. 39), as untimely and because it places the United States at a disadvantage. Moreover, information provided to the United States is incomplete and the data utilized to complete the analysis was not provided to the United States until September 6, 2005.

---

[1] Attorney Butler advised government counsel that data was gathered on I-65 on August 30 and 31, 2005, which was a sample of approximately 600 cars, detecting the race, sex and tag identification.

**CONCLUSION**

For the reasons stated above, the United States requests that this Court will exclude any data that may be submitted by the defense after August 31, 2005, as untimely, that the Court not allow the defense to propound questions regarding such data, and exclude the testimony of Dr. James Howard Gundlach.

Respectfully submitted this 6th day of September, 2005.

> LEURA GARRETT CANARY
> UNITED STATES ATTORNEY
>
> /s/Tommie Brown Hardwick
> TOMMIE BROWN HARDWICK
> One Court Square, Suite 201
> Montgomery, AL 36104
> Phone: (334) 223-7280
> Fax: (334) 223-7135
> E-mail: tommie.hardwick@usdoj.gov
> ASB4152 W86T

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr129-A |
| | ) | |
| TERESO RODRIGUEZ-LOPEZ | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin L. Butler, Esquire.

Respectfully submitted,

/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: tommie.hardwick@usdoj.gov
ASB4152 W86T