IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA              )

vs.                                   )    CR. NO. 2:05cr129-A

TERESO RODRIGUEZ-LOPEZ                 )

## ORDER

This case is before the court on the Defendant's Appeal of Magistrate Judge's Order Denying Defendant's Oral Motion to Compel Production of Un-Redacted Information (Doc. #42), filed on September 1, 2005.

This case is presently before the Magistrate Judge for the purpose of conducting an evidentiary hearing on Defendant's Motion to Suppress.  After a careful consideration of the Magistrate Judge's Order on Oral Motion (Doc. #41) and Defendant's appeal therefrom, the court finds it to be untimely to grant the appeal on an evidentiary question in advance of the hearing to be held by the Magistrate Judge and before the filing of her Findings and Recommendation after the hearing.  This is a matter which, if appropriate, may be raised in an objection to the Magistrate Judge's Findings and Recommendation.  Accordingly, it is hereby

ORDERED that Defendant's Appeal (Objection) is OVERRULED and DENIED at this time.

DONE this 6th day of September, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE