IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-129-A |
| | ) | |
| TERESO RODRIQUEZ LOPEZ | ) | |

### ORDER OF CLARIFICATION

Upon notice of conflicting times set in orders for the suppression hearing in this case, it is

**ORDERED** that the evidentiary hearing on defendant's *Motion to Suppress* (Doc. 23, July 5, 2005) shall proceed at **9:30 a.m.** on **September 9, 2005**, as scheduled in the ORDER filed July 7, 2005 (Doc. 30).

Done this 7th day of September, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE