IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, __NORTHERN__ DIVISION

HON. __Delores Boyd__ MAG. JUDGE AT __Montgomery__, ALABAMA

DATE COMMENCED __9-9-05__ AT __10:41__ (A.M.)/P.M. 11:40 am
         11:54 am — 1:50 pm
DATE COMPLETED __9-9-05__ AT __3:02__ A.M./(P.M.) 5-1:13 pm

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) (Criminal | Case No. 2:05cr129-A |
| TERESO RODRIGUEZ-LOPEZ | ) (Civil)X | |

| PLAINTIFF/GOVERNMENT | | DEFENDANT |
|---|---|---|
| Tommie Hardwick | ) | Kevin Butler |

COURT OFFICIALS PRESENT

S. Q. Long, Jr., Clerk / Joyce Taylor
Risa Entrekin, Reporter

PROCEEDINGS

( ) NON-JURY TRIAL
(X) OTHER PROCEEDING: __HEARING ON DEFENDANT'S MOTION TO SUPPRESS__

10:41 am: Court convenes.
11:02 am: Testimony begins.
11:40-11:55 am: Recess.
11:55 am: Testimony continues.
1:55-3:00 pm: Lunch

\*OT/
- - - - - - - - - - - - - - -
- - - - - - - - - - - - - - -

\* SEE PAGE 3

## CONTINUATION OF PROCEEDINGS:

| | |
|---|---|
| 3:02 p.m. | Court reconvenes |
| | Testimony resumes (Peoples) |
| 3:17 p.m. | SIDE BAR (off the record) |
| 3:19 p.m. | Government's re-direct examination (Peoples) |
| 3:22 p.m. | Defendant's re-cross examination (Peoples) |
| 3:25 p.m. | Government's direct examination (Herman) |
| 3:30 p.m. | Government offers Exhibits 3 - 21 to be admitted. Defendant's objections to exhibits. Discussions regarding exhibits. Court will admit Exhibits 3- 21 as offered and disk to be admitted also for Court use. |
| 3:33 p.m. | Government rests on motion as to warrant-less search. |
| 3:34.p.m. | Parties stipulated as to admission of Defendant's Exhibit 16. |
| 3:37 p.m. | Defendant's direct examination. (Kemp) |
| 3:41 p.m. | Defendant's direct examination. (Carter) |
| 3:44 p.m. | Government's cross-examination (Carter) |
| 3:45 p.m. | Defendant rests on issues 2 & 3 in Motion to Suppress relating to 4th amendment and 5th amendment about warrant-less search. |
| 3:48 p.m. | Court's questions to Mr. Butler regarding allegations and claims of racial profiling and Mr. Butler's statements/proffer to the Court. (warning tickets & requesting consents to search) |
| 4:44 p.m. | Mr. Butler's proffer to the Court regarding credibility issue and discriminatory intent. |
| 4:53 p.m. | Government's statements/oral arguments to the court regarding Mr. Butler's proffer to the Court. |
| 4:57 p.m. | Mr. Butler's further statements to the Court. |

| | |
|---|---|
| 4:47 p.m. | Court statements to counsel. |
| | As to racial profiling the court finds no sufficient evidentiary basis and court finds testimony creditable. |
| | Court rules on motion to exclude as untimely expert reports, etc., (Doc. #43) - Court vacates earlier ruling and Grants motion to exclude. |
| 5:08 p.m. | Defendant's ORAL MOTION to supplement hearing with testimony of expert. ORAL ORDER denying oral motion. |
| | Court will accept the expert report -marked and offered as Defendant's Exhibit 8. |
| 5:13 p.m. | Court recessed. |
| * | (1) Objection by United States to defendant's attempt to use the transcript of trooper Peoples' testimony in USA v. LEAL, [2:05cr62-F] on the reasons for the "suspicion" which prompted him to request consent to search the car of Leal, a Hispanic-American. With the trooper excluded from the courtroom, the Court permitted defense counsel to read into the record the "testimony" in controversy and to present arguments that the testimony is admissable for impeachment and on the question of credibility. THE COURT SUSTAINED THE OBJECTION. |
| | (2) Defendant made an oral motion for production by the United States of documentation for trooper Peoples' training if the Court is inclined to consider it as justification for the trooper's actions. After considering arguments, which included defense counsel's belief that a Daubert Hearing may be necessary, the COURT DENIED DEFENDANT'S MOTION FOR PRODUCTION OF TRAINING RECORDS AND HIS MOTION FOR A DAUBERT HEARING. |

- 3 -

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, _NORTHERN_ DIVISION

UNITED STATES OF AMERICA

vs.     CR. NO. 2:05cr129-A

TERESO RODRIGUEZ-LOPEZ

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Jessie Peoples | 1. Patricia Kemp |
| 2. Joe Herman | 2. John Carter |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |
| 16. | 16. |
| 17. | 17. |

Gov't

EXHIBITS                                                                                      Page 1

UNITED STATES OF AMERICA

CR. NO. 2:05cr129-A

v.

TERESO RODRIGUEZ-LOPEZ

| Exhibit # | Description | Witness | Admitted |
|---|---|---|---|
| 1  7-9-05 | VHS tape of stop | Peoples | Yes |
| 2  " | Consent to Search | Peoples | Yes |
| 3  9/9/05 | Photo of car | Herman | Yes |
| 4  " | Photo of car | Herman | " |
| 5  " | Photo of car | Herman | " |
| 6  " | Photo of car | Herman | " |
| 7  " | Photo of car | Herman | " |
| 8  " | Photo of car | Herman | " |
| 9  " | Photo of car | Herman | " |
| 10 " | Photo of car | Herman | " |
| 11 " | Photo of car | Herman | " |
| 12 " | Photo of car | Herman | " |
| 13 " | Photo of car | Herman | " |
| 14 " | Photo of car | Herman | " |
| 15 " | Photo of car | Herman | " |
| 16 " | Photo of car | Herman | " |
| 17 " | Photo of car | Herman | " |
| 18 " | Photo of car | Herman | " |
| 19 " | Photo of car | Herman | " |
| 20 " | Photo of car | Herman | " |
| 21 " | Photo of car | Herman | " |
| 22 " | Disk of Photos | Herman | " |

2:05CR129-A

## DEFENDANT'S EXHIBITS

| No | Exhibit | Offered | Admitted | Notes |
|---|---|---|---|---|
| 1a | VHS Tape of Stop | | | |
| 1b | DVD of Stop | 9-9-05 | Yes | |
| 1c | Transcript of Stop | | | |
| 2a | Photo of Car Side | 9-9-05 | Yes | |
| 2b | Photo of Car Front | " | Yes | |
| 2c | Photo of Car Back | " | Yes | |
| 2d | CD of Photos | | | |
| 3 | Kevin's Data CD | | | |
| 4a | Excel Spreadsheet 1 | | | |
| 4b | Excel Spreadsheet 2 | | | |
| 4c | Excel Spreadsheet 3 | | | |
| 5 | Tickets | | | |
| 6a | Warnings - Unredacted 00 - 02 | | | |
| 6b | Warnings - Redacted 02 - 05 | | | |
| 7a | Consent to Search Forms - Unredacted 00 - 02 | | | |
| 7b | Consent to Search Forms - Redacted 02 - 05 | | | |
| 8 | Dr. Gundlach's Report | 9/9/05 | Yes | |
| 9 | Infiniti Receipt | | | |
| 10 | Building Spanish Surnames | | | |

| # | | | | | |
|---|---|---|---|---|---|
| 11 | Contacts Between Police & Public (DOJ) | | | | |
| 12 | Misc Tickets | | | | |
| 13 | Leal Hearing Transcript | | | | |
| 14 | Warning Ticket | 9/9/05 | yes | | |
| 15 | Consent to Search | 9/9/05 | yes | | |
| 16 | Farmer's Almanac | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |