25

**COURTROOM DEPUTY'S MINUTES**  DATE: 11/28/2005
**MIDDLE DISTRICT OF ALABAMA**  DIGITAL RECORDING: 1:12 – 1:37 pm c
COURT REPORTER: Risa Entrekin

☐ ARRAIGNMENT  ☑ CHANGE OF PLEA  ☐ CONSENT PLEA
☐ RULE 44(c) HEARING  ☐ SENTENCING

---

PRESIDING MAG. JUDGE: DRB   DEPUTY CLERK: sql
CASE NUMBER: 2:05cr129-A   DEFENDANT NAME: Tereso RODRIGUEZ-LOPEZ
AUSA: Hardwick   DEFENDANT ATTORNEY: ~~Christine Freeman~~ Butler
Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:
Interpreter present? ( )NO; (✓)YES   Name: Beverly Childress

---

☐ This is defendant's **FIRST APPEARANCE**.
☐ Financial Affidavit executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   ☐ Not Guilty
☑ Guilty as to: 1
☐ Count(s):
☐ Count(s):   ☐ dismissed on oral motion of USA
☐ to be dismissed at sentencing

☐ Written plea agreement filed   ☐ **ORDERED SEALED**
☑ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts ___1___.
☐ **CRIMINAL TERM:**   ☐ **WAIVER OF SPEEDY TRIAL** filed.
DISCOVERY DISCLOSURE DATE:
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
☐ Trial on _____; ☐ Sentencing on _____
☑ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
☐ Trial on _____; or ☑ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
☐ Defendant requests time to secure new counsel