IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr129-A |
| | ) | |
| TERESO RODRIGUEZ-LOPEZ | ) | |

### UNITED STATES' MOTION FOR REDUCTION FOR ACCEPTANCE OF RESPONSIBILITY

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves this Court to reduce by one (1) level Defendant's offense level based on Defendant's acceptance of responsibility. As grounds for this Motion, the United States avers as follows:

1. Defendant notified the United States of Defendant's intent to plead guilty to Count 1 as charged in the Indictment sufficiently early to permit the government to avoid preparing for trial and to allocate its resources efficiently. Defendant pled guilty to Count 1 of the Indictment on November 28, 2005.

2. Therefore, pursuant to United States Sentencing Guidelines § 3E1.1(b), as amended, the United States makes this formal motion for a one-level reduction in Defendant's offense level for acceptance of responsibility such that the total reduction in offense level for Defendant's acceptance of responsibility shall be three (3) levels.

WHEREFORE, the United States respectfully requests that this Motion be GRANTED.

Respectfully submitted this the 14th day of February 2006.

>LEURA G. CANARY
>UNITED STATES ATTORNEY
>
>/s/Tommie Brown Hardwick
>TOMMIE BROWN HARDWICK
>Assistant United States Attorney
>One Court Square, Suite 201
>Montgomery, AL 36104
>Phone: 334-223-7280
>FAX: 334-223-7135
>E-mail: tommie.hardwick@usdoj.gov
>ASB 4152 W86T

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr129-A |
| | ) | |
| TERESO RODRIGUEZ-LOPEZ | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Kevin L. Butler, Esquire.

                                      Respectfully submitted,

                                      /s/Tommie Brown Hardwick
                                      TOMMIE BROWN HARDWICK
                                      One Court Square, Suite 201
                                      Montgomery, AL 36104
                                      Phone: (334)223-7280
                                      Fax: (334)223-7135
                                      E-mail: tommie.hardwick@usdoj.gov
                                      ASB4152 W86T