# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | | |
|---|---|---|---|---|
| DATE COMMENCED: | February 14, 2006 | | AT: | 9:03 a.m. |
| DATE COMPLETED: | February 14, 2006 | | AT: | 9:14 a.m. |

UNITED STATES OF AMERICA )
)
vs. )
) CR. No. 2:05cr129-WHA
)
TERESO RODRIGUEZ-LOPEZ )
)

APPEARANCES:

GOVERNMENT

Tommie Brown Hardwick

DEFENDANT

Kevin L. Butler

COURT OFFICIALS PRESENT

Jimmy Dickens, Court Reporter
Elna Behrman, Courtroom Deputy
Beverly Childress, Interpreter

Jakki Caple, USPO
Chris Puckett, Law Clerk

COURTROOM PROCEEDINGS

(X)    SENTENCING HEARING

Court is convened.
Interpreter is sworn.
The parties have reviewed the presentence report and have no objections.
The court adopts the factual statements contained in the presentence report.
Defendant's attorney speaks on behalf of Defendant requesting the court to follow the recommendation of the USPO
    and requesting the court recommend treatment for alcohol abuse while Defendant is in prison.
Sentence is stated.
Government's Motion for Reduction in Criminal Offense Level (Doc. #55) is orally GRANTED.
No objections to sentence.
Sentence is imposed as stated.
Defendant is advised of his right to appeal.
Defendant is re-committed to the custody of the U. S. Marshal.